THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND DEROBERTS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KATE VERONA, Appellant, v. 101 WEST 31ST STREET CORP., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MILDRED STEIN, Respondent, v. DIXIE BUS CENTER, INC., Sued Herein as THE DIXIE BUS TERMINAL INC., Appellant, Impleaded with Another, Defendant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM FRIEDKAS, by JOSEPH FRIEDKAS, His Guardian ad Litem, and JOSEPH FRIEDKAS, Plaintiffs, v. DEL MONTE COAL & ICE CORP., Respondent, ROSE HAIMOWITZ, Appellant, and LEON HAIMOWITZ, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs to the defendant-respondent Del Monte Coal & Ice Corp., against the defendant-appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 41ST STREET BUILDING CORPORATION, Appellant, v. WILLIAM STANLEY MILLER, President, and Others, as Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments, in the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HUBERT JUDGE, Respondent, v. NATIONAL TRANSPORTATION COMPANY, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial, on the ground that the verdict is against the weight of the credible evidence.

HARTOL PRODUCTS CORPORATION, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GUZY REALTY Co., INC., Appellant, v. CITY OF NEW YORK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [175 Misc. 1070.]

MARGARETTA WHERRY TREHERNE-THOMAS, Respondent, v. F. HUGH TREHERNE-THOMAS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion.